■ SHAQUEENA COOK et al., Respondents, v CITY OF NEW YORK et al., Appellants, et al., Defendant. [782 NYS2d 375]—In an action to recover damages for personal injuries, etc., the defendants City of New York, Administration for Children's Services, and Little Flower Children's Services appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Schulman, J.), dated September 11, 2003, as granted that branch of the plaintiffs' motion which was to vacate a 90-day notice to resume prosecution of the action.

recover damages for personal injuries, etc., the defendants City of New York, Administration for Children's Services, and Little Flower Children's Services appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Schulman, J.), dated September 10, 2003, as granted that branch of the plaintiffs' motion which was to vacate a 90-day notice to resume prosecution of the action.

Ordered that the order is affirmed insofar as appealed from, with costs (see Cook v City of New York, 11 AD3d 424 [2004] [decided herewith]). Ritter, J.P., H. Miller, Schmidt and Crane, JJ., concur.